1  MICHAEL A. PAINTER, Bar #43600
   painter@ikplaw.com
2  ISAACMAN, KAUFMAN & PAINTER
   10250 Constellation Boulevard, Suite 2900
3  Los Angeles, California 90067
   (310) 881-6800 - Telephone
4  (310) 881-6801 - Facsimile

5
   Attorneys for Plaintiff,
6  PBC INTERNATIONAL, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  PBC INTERNATIONAL, INC., a          CV10 3916  SVW  (AGRx)
13  California corporation,             CASE NO.

14          Plaintiff,
                                        COMPLAINT FOR TRADEMARK
15                                      INFRINGEMENT AND FALSE
        vs.                             DESIGNATION OF ORIGIN
16
                                        JURY TRIAL DEMANDED
17  ALIREZA AMIRGHASSEMI, an
18  individual doing business as
    PERSIAN BROADCASTING
19  COMPANY and TAPESH
    TELEVISION NETWORK; DOES I -
20  X, Inclusive,
21
          Defendants.
22

23

24

25       COMES NOW THE PLAINTIFF, PBC INTERNATIONAL, INC., and

26  for causes of action against the defendants, and each of them, complains and

27  alleges as follows:

28

MAP-PBC-1797

## JURISDICTION

1.      This is a civil action which arises under Sections 32(1) [15 U.S.C. §1114(1)] and 43(a) [15 U.S.C. §1125(a)] of the United States Trademark Act. Jurisdiction is based upon 15 U.S.C. Section 1121 and 28 U.S.C. Section 1338(a).

## THE PARTIES

2.      Plaintiff, PBC INTERNATIONAL, INC., is a California corporation having its principal place of business in Oxnard, California (hereinafter referred to as "PBC").

3.      Plaintiff is informed and believes and, based on such information and belief, alleges that defendant, ALIREZA AMIRGHASSEMI, is an individual residing in the County of Los Angeles, State of California and doing business as PERSIAN BROADCASTING COMPANY and TAPESH TELEVISION NET-WORK, both of which have their principal places of business in the County of Ventura, State of California (hereinafter referred to as "defendants").

4.      The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of the defendants named herein as DOES I - X, inclusive, are unknown to plaintiff who therefore, pursuant to Local Rule 19-1 of this Court, sues said defendants by such fictitious names and plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

## FACTS COMMON TO ALL CLAIMS

5.      In or about November, 1978, PBC's predecessor-in-interest, Pacific Balloon Co., Inc., was created for the purpose of manufacturing, selling and distributing novelty products.  In January, 1999, the corporate name of plaintiff was changed to PBC International, Inc.  The only corporate entity authorized by the State of California to identify itself as PBC International, Inc. is plaintiff.

6.     In 1990, and long prior to any of the acts of the defendants complained of in this Complaint, PBC adopted the mark PBC INTERNATIONAL trademark to designate plush stuffed animals, said mark being extensively used, advertised and promoted throughout the United States in general and in the State of California in particular.

7.     Since long prior to any of the acts of the defendants complained of in this Complaint, PBC applied for and registered its PBC INTERNATIONAL trademark in the United States Patent and Trademark Office, a copy of Certificate of Trademark Registration Nos. 1,684,063 and 2,527,352 being attached hereto as Exhibits 1 and 2, respectively.  PBC owns the exclusive right to manufacture and sell plush stuffed animals and related goods and services designated by the PBC INTERNATIONAL trademark.

**FIRST CLAIM FOR FEDERAL UNFAIR**

**COMPETITION AND FALSE DESIGNATION**

**OF ORIGIN**

8.     Plaintiff hereby repeats and realleges Paragraphs 1 - 7, inclusive, as though set forth in full herein again.

9.     Since long prior to the acts of the defendants complained of in this Complaint, PBC has extensively held itself out to the public throughout the United States as PBC International, Inc., a California corporation.  PBC has extensively marketed, sold, advertised and promoted its products and services under the trademark PBC INTERNATIONAL.  PBC has gained a substantial reputation under its corporate name, PBC International, Inc., a California corporation, and in connection with the products and services marketed and sold under the PBC INTERNATIONAL trademark.  By reason of the marketing and sale of products under the above trademark and trade name, the trade and public, prior to the acts of the defendants complained of in this Complaint, have come to recognize the trade name PBC International, Inc., a California corporation, and the trademark PBC

1  INTERNATIONAL, when used in connection with products and services supplied

2  by, authorized or affiliated with PBC.

3       10.   Plaintiff is informed and believes and, based upon such information

4  belief, alleges that on or about February 9, 2004, defendants, and each of them,

5  falsely represented themselves as PBC International, Inc., a California corporation,

6  and entered into a lease for real property in the name of PBC International, Inc., a

7  California corporation.

8       11.   That on or about April 20, 2010, a Complaint alleging breach of the

9  lease identified in Paragraph 10 was filed in the Superior Court of California,

10  County of Los Angeles, identifying the defendant as PBC International, Inc., a

11  California corporation.  Plaintiff, PBC, was erroneously served with the Complaint

12  on or about April 22, 2010.

13       12.   The above-alleged actions of defendants, and each of them, constitute

14  the use in connection with services of false or misleading descriptions and

15  representations with respect to the origin, sponsorship or approval of its goods and

16  services and the publicity therefor by suggesting that such goods and services and

17  the advertising thereof are connected with or associated, sponsored or affiliated

18  with PBC, or that the same truly originated with PBC.  The misappropriation and

19  use of PBC's trade name and trademark by defendants, and each of them, as well

20  as defendants' other actions described above constitute false and misleading

21  descriptions of fact and representations of fact that are likely to give the public a

22  false impression and to confuse the public as to the source of defendants' goods

23  and services.

24       13.   PBC is informed and believes and, based on such information and

25  belief, alleges that defendants, and each of them, adopted and used the trade name,

26  PBC International, Inc., and the trademark PBC INTERNATIONAL with actual

27  knowledge of PBC's long prior use thereof and with the intent to trade on the

28  reputation and good will of that mark.

MAP-PBC-1797                    -4-

14.  Although defendants have been requested by PBC to cease use of PBC's trademark and trade name, defendants have, nevertheless, refused said request.  PBC is informed and believes and, based upon such information and belief, alleges that defendants, and each of them, have continued to use PBC's trademark and trade name in connection with advertising, marketing and promoting the sale of its services.  This is therefore an exceptional case within the meaning of §35 of the United States Trademark Act, 15 U.S.C. §1117, entitling PBC to recover reasonable attorneys' fees.

15.  The aforesaid actions of defendants, and each of them, have irreparably damaged PBC and will, unless restrained, continue to so damage the business of PBC and its good will, for all of which there is no adequate remedy at law.

## SECOND CLAIM FOR TRADEMARK INFRINGEMENT

16.  Plaintiff hereby repeats and realleges Paragraphs 1 - 7, inclusive, and Paragraphs 9 - 15, inclusive, of the First Claim as though set forth in full herein again.

17.  Long after PBC's first use of the PBC INTERNATIONAL trademark in commerce, defendants, and each of them, first commenced use of the trademark PBC INTERNATIONAL to designate, advertise and/or promote the sale of services in the United States.  Defendants, and each of them, have used the trademark PBC INTERNATIONAL despite the fact the identified trademark wrongfully appropriates PBC's registered PBC INTERNATIONAL trademark and is confusingly similar thereto.

18.  Defendants' act of advertising, marketing and promoting the sale of its services through the use of the trademark PBC INTERNATIONAL is directed to the same segment of the purchasing public to which PBC directs its goods and services.

19.     Defendants' use of trademark PBC INTERNATIONAL as alleged above to designate, advertise and/or promote the sale of its services is likely to cause confusion or mistake or to deceive the purchasers of its services as to the source of origin of defendants' services and to cause defendants' services to be passed off or viewed as those which are provided or authorized by PBC.

20.     That unless restrained by this Court, defendants, and each of them, will continue to use the trademark PBC INTERNATIONAL to designate, advertise and/or promote the sale of the services and, as a result thereof, the public generally will be misled and deceived into believing that the services of defendants are those of, or are affiliated with PBC, to the irreparable damage and injury of the business of PBC.

21.     PBC has duly demanded that defendants cease and desist from the aforesaid violation of PBC's rights, defendants having refused to do so.  This is therefore an exceptional case within the meaning of §35 of the United States Trademark Act, 15 U.S.C. §1117, entitling PBC to recover reasonable attorneys' fees.

22.     The aforesaid actions of defendants, and each of them, have irreparably damaged PBC and will, unless restrained, continue to so damage the business of PBC and its good will, for all of which there is no adequate remedy at law.

**WHEREFORE**, plaintiff seeks judgment against defendants, and each of them, as follows:

1.     That defendants, and each of them, and their officers, agents, servants, employees, attorneys, confederates, related companies, and all persons acting in concert or participation with it, be enjoined and restrained during the pendency of this action, and permanently thereafter:

MAP-PBC-1797

(a)    from using in any manner as a trademark or trade name the mark PBC INTERNATIONAL, alone or in combination with any other word or words or design, in connection with designating, advertising, promoting and/or offering for sale or the sale of goods or services not produced or rendered by plaintiff, or not authorized by plaintiff to be sold in connection with said mark;

(b)    from passing off, inducing or enabling others to sell or pass off services which are not plaintiff's or not offered under the control and supervision of plaintiff and approved by plaintiff, through the use of the mark PBC INTERNATIONAL or formatives thereof;

(c)    from committing any acts calculated to cause purchasers to believe that defendants' services are sponsored by or approved or connected with or guaranteed by or offered and sold under the control and supervision of plaintiff; and

(d)    from otherwise competing unfairly with plaintiff in any manner.

2.    That defendants account for and pay over to plaintiff all damages sustained by plaintiff and all profits realized by defendant by reason of defendant's unlawful acts and that the amount of damages for infringement of plaintiff's trademark be increased by a sum not exceeding three times the amount thereof as provided by Section 35 of the United States Trademark Act, 15 U.S.C. §1117.

3.    That plaintiff be awarded exemplary damages in the amount of $100,000.

4.    That plaintiff be awarded its costs of suit, including reasonable attorneys' fees and have such other and further relief as to the Court may deem equitable, including but not limited to, any relief set forth under Section 34-39 of the United States Trademark Act.

1  **PLAINTIFF DEMANDS A JURY TRIAL OF THIS ACTION.**

2  Respectfully submitted,

3  ISAACMAN, KAUFMAN & PAINTER

4

5  By:  _____

6  Michael A. Painter
   Attorneys for Plaintiff
   PBC INTERNATIONAL, INC.

7

Dated:  May 25, 2010

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,684,063
Registered Apr. 21, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



PACIFIC BALLOON CO., INC. (CALIFORNIA CORPORATION)
1913 PORTOLA ROAD
VENTURA, CA 93003

FOR: WHOLESALE DISTRIBUTORSHIP SERVICES IN THE FIELD OF TOYS; NAMELY, BALLOONS AND SOFT SCULPTURES, IN CLASS 42 (U.S. CL. 101).

FIRST USE 9–20–1990; IN COMMERCE 9–20–1990.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL", APART FROM THE MARK AS SHOWN.

SER. NO. 74–115,925, FILED 11–16–1990.

DAVID CHO, EXAMINING ATTORNEY

# EXHIBIT 2

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 2,527,352**

## United States Patent and Trademark Office

Registered Jan. 8, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## PBC INTERNATIONAL

PBC INTERNATIONAL, INC. (CALIFORNIA CORPORATION)
P.O. BOX 5767
OXNARD, CA 93031

FOR: PLUSH STUFFED ANIMALS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-20-1990; IN COMMERCE 9-20-1990.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL", APART FROM THE MARK AS SHOWN.

SER. NO. 76-225,404, FILED 3-16-2001.

DAVID C. REIHNER, EXAMINING ATTORNEY

# ORIGINAL

Name & Address: Michael A. Painter, #43600
Isaacman, Kaufman & Painter
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800
painter@ikplaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PBC INTERNATIONAL, INC., a California
corporation

PLAINTIFF(S)

v.

ALIREZA AMIRGHASSEMI, an individual doing
business as PERSIAN BROADCASTING COMPANY
and TAPESH TELEVISION NETWORK; DOES I - X
Inclusive

DEFENDANT(S).

CASE NUMBER

**CV10  3916 SVW (AGRx)**

**SUMMONS**

TO:    DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Michael A. Painter, Esq._____, whose address is _10250 Constellation Blvd., Suite 2900, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAY 2 5 2010_____

By: _____

**CHRISTOPHER POWERS**

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| PBC INTERNATIONAL, INC., a California corporation | ALIREZA AMIRGHASSEMI, an individual doing business as PERSIAN BROADCASTING COMPANY and TAPESH TELEVISION NETWORK, DOES 1 - X, Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Michael A. Painter, #43600; Isaacman, Kaufman & Painter 10250 Constellation Boulevard, Suite 2900 Los Angeles, CA 90067 (310) 881-6800 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ Injunction; Damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Sections 32(1) [15 U.S.C. §1114(1)] and 43(a) [15 U.S.C §1125(a)] of the United States Trademark Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV10 3916**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Ventura | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _5/25/2010_

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 3916 SVW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY