MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
(310) 881-6800 - Telephone
(310) 881-6801 - Facsimile

Attorneys for Plaintiff,
PBC INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PBC INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALIREZA AMIRGHASSEMI, an individual doing business as PERSIAN BROADCASTING COMPANY and TAPESH TELEVISION NETWORK; DOES I - X, Inclusive,<br><br>Defendants. | CASE NO.<br>CV10-3916-SVW(AGRx)<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL A. PAINTER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT<br><br>Date: August 9, 2010<br>Time: 1:30 P.M.<br>Courtroom No. 6 |

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I, MICHAEL A. PAINTER, do hereby declare and say that:

1.  I am the attorney of record for PBC International, Inc., the plaintiff in the above action.

2.  After the entry of the default in this matter, on June 23, 2010 I forwarded e-mail correspondence attaching the Default by Clerk and attempted to resolve the dispute without the need to file the Motion to Enter Default Judgment by Court. My correspondence postmarked June 23, 2010 was returned with hand-written notations thereon, a copy of the envelope being attached hereto as Exhibit 9.

3.  On August 3, 2010 I spoke with Patrick McGarrigle, Esq., counsel for the party that sued the defendants herein who were then doing business as PBC International, Inc., a California corporation, the trade name of the plaintiff (See Exhibit 2). Mr. McGarrigle advised me that the defendants herein were not evicted from possession of the facilities at 26668 Agoura Road, Calabasas, California 91303 until July 8, 2010, two weeks after Exhibit 9 was returned on the basis the addressees were not at that location.

4.  I declare under the penalty of perjury of the laws of the State of California the foregoing is true and correct and within my own personal knowledge and I will testify to same if called to do so.

Executed th is 3rd day of August, 2010 at Los Angeles, California.

MICHAEL A. PAINTER

# EXHIBIT 9



LAW OFFICES
ISAACMAN, KAUFMAN & PAINTER
A PROFESSIONAL CORPORATION
10250 CONSTELLATION BOULEVARD, SUITE 2900
LOS ANGELES, CALIFORNIA 90067

Mr. Alireza Amirghassemi
Tapesh TV Network
26668 Agoura Road
Calabasas, California 91303

Back to the sender

Not Lived in this address

RETURN TO SENDER

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 10250 Constellation Boulevard, Suite 2900, Los Angeles, California 90067.

On August 3, 2010, I served the foregoing document described as **SUPPLEMENTAL DECLARATION OF MICHAL A. PAINTER IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT** on the defendant as follows:

Mr. Alireza Amirghassemi
Persian Broadcasting Company
Tapesh Television Network
infotapeshtv@gmail.com

   __    BY MAIL

I am readily familiar with the practice of Isaacman, Kaufman & Painter, A Professional Corporation, for collection and processing of correspondence for mailing with the United States Postal Service, that the document would be deposited with U.S. Postal Service that same day in the ordinary course of business and on the above date and at my business address I placed for collection and mailing said envelope on that date following ordinary business practices of Isaacman, Kaufman & Painter, A Professional Corporation.

   __    BY PERSONAL SERVICE

I caused the delivery of such envelope by hand at the offices of the addressee.

   __    BY FACSIMILE

By transmitting via facsimile the documents listed above to the fax number set forth above on this date. This transmission was reported as complete without error by a transmission report issued by the facsimile machine upon which the said transmission was made immediately following the transmission.

   _x_    BY ELECTRONIC MAIL

I caused such document to be transmitted by electronic mail.

MAP-PBC-1801

1
2     ___ BY ELECTRONIC NOTIFICATION

3     Through the Court's CM/ECF system to the persons at the e-mail addresses set forth above.

4
5     _x_ Federal

6     I declare under the penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of the above Court at whose direction the service was made.

7
8     Executed this 3rd day of August, 2010 at Los Angeles, California.

9
                                    _____
10                                         SHERYL R. CONAWAY

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28