1  MICHAEL A. PAINTER, Bar #43600
   painter@ikplaw.com
2  ISAACMAN, KAUFMAN & PAINTER
   10250 Constellation Boulevard, Suite 2900
3  Los Angeles, California 90067
   (310) 881-6800 - Telephone
4  (310) 881-6801 - Facsimile

5

6  Attorneys for Plaintiff,
   PBC INTERNATIONAL, INC.

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12

13  PBC INTERNATIONAL, INC., a        CASE NO.
    California corporation,           CV10-3916-SVW(AGRx)
14
15              Plaintiff,            [PROPOSED] JUDGMENT BY
                                      DEFAULT
16      vs.
                                      Date:    August 9, 2010
17                                    Time:    1:30 P.M.
    ALIREZA AMIRGHASSEMI, an          Courtroom 6
18  individual doing business as
    PERSIAN BROADCASTING
19  COMPANY and TAPESH
20  TELEVISION NETWORK; DOES I -
    X, Inclusive,
21
22              Defendants.

23

24

25      This matter having come before the Hon. Stephen V. Wilson, District Judge
26  presiding, defendant being in default,
27      **IT IS ORDERED AND ADJUDGED:**
28

MAP-PBC-1802

1. That plaintiff is entitled to judgment against said defendant on account of the claims pleaded in the Complaint;

2. That defendants, and each of them, and their officers, agents, servants, employees, attorneys, confederates, related companies, and all persons acting in concert or participation with it, are enjoined and restrained permanently from:

(a) using in any manner as a trademark or trade name the mark PBC INTERNATIONAL, alone or in combination with any other word or words or design, in connection with designating, advertising, promoting and/or offering for sale or the sale of goods or services not produced or rendered by plaintiff, or not authorized by plaintiff to be sold in connection with said mark;

(b) passing off, inducing or enabling others to sell or pass off services which are not plaintiff's or not offered under the control and supervision of plaintiff and approved by plaintiff, through the use of the trade name [name] and trademark PBC INTERNATIONAL or formatives thereof;

(c) committing any acts calculated to cause purchasers to believe that defendants' services are sponsored by or approved or connected with or guaranteed by or offered and sold under the control and supervision of plaintiff; and

~~(d) otherwise competing unfairly with plaintiff in any manner; and~~

3. For plaintiff's costs of suit herein, including an award of reasonable attorneys' fees in the amount of $1,000.00 pursuant to Local Rule 55-3.

Dated: 8/5/10

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ISAACMAN, KAUFMAN & PAINTER

By: _____
Michael A. Painter
Attorneys for Plaintiff

Dated: July 2, 2010

MAP-PBC-1802

-3-